IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, etc. | ] ] ] | Case No. 1:13cv00227 Judge Christopher A. Boyko |
| Plaintiff | ] ] | **MOTION OF DEFENDANTS STAN GRUJICIC AND SMG INVESTMENTS,** |
| -vs- | ] ] | **LLC FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION** |
| DRAGISA LONCAREVIC, et al. | ] ] | **FOR PREJUDGMENT ATTACHMENT** |
| Defendants | ] | |

Now come Defendants Stan Grujicic and SMG Investments, LLC, by and through their undersigned counsel, and hereby move this Court for an extension of thirty (30) days from the date of filing of this Motion to respond to Plaintiff's Motion for Prejudgment Attachment filed with this Court, along with Plaintiff's Complaint, on January 31, 2013.  This Motion is not made for purposes of delay, but solely because Defendants have recently answered Plaintiff's Complaint and need additional time, consistent with this Court's recent Order dated April 5, 2013, to formulate a proper response to Plaintiff's Motion for Prejudgment Attachment.

For the foregoing reasons, Defendants Stan Grujicic and SMS Investments, LLC respectfully move this Court for an extension of thirty (30) days from the date of the filing of this Motion to answer or otherwise respond to Plaintiff's Motion for Prejudgment Interest in this matter.

Respectfully submitted,

  /s/  Robert J. Dubyak
Robert J. Dubyak (059869)
Anthony J. Trzaska (0085382)
Email: atrzaska@dctblaw.com
DUBYAK, CONNICK, SAMMON,
 THOMPSON & BLOOM, LLC
3401 Enterprise Parkway, Suite 205
Cleveland, Ohio 44122
(216) 364-0500
(215) 364-0505
Email: rdubyak@dctblaw.com
       atrzaska@dctblaw.com

*Attorneys for Defendants Stan Grujicic and*
 *SMG Investments, LLC*

## CERTIFICATE OF SERVICE

     I hereby certify that on this 12th day of April, 2013, the foregoing *Motion of Defendants Stan Grujicic and SMG Investments, LLC for Extension of Time to Respond to Plaintiff's Motion for Prejudgment Interest* is being electronically filed. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

  /s/  Robert J. Dubyak
Robert J. Dubyak (059869)
Anthony J. Trzaska (0085382)
*Attorneys for Defendants Stan Grujicic and*
 *SMG Investments, LLC*